UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-56-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| AURELIO BASURTO-RENTERAL | |

On motion of the Defendant, Aurelio Basurto-Renteral, and for good cause shown, it is hereby ORDERED that the **[DE-38]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 15th day of October, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge